IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGIONSAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-594C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Brian S. Smith, as attorney of record for the United States. Service of all papers by opposing parties should be filed electronically. Correspondence and other materials should be addressed as follows:

Brian S. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0391
Fax: (202) 353-7988
E-mail:Brian.Smith@usdoj.gov

Attention: Classification Unit
8th Floor

s/ Brian S. Smith
Brian S. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: August 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith