IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REGIONSAIR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-594C (Judge Williams) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Scott D. Austin as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Scott D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7018
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Scott D. Austin
Scott D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 616-0317
FAX: (202) 305-7643
Email: Scott.Austin@usdoj.gov

Dated: October 5, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of October, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Scott D. Austin