IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGIONSAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-594C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS ANSWER TO THE COMPLAINT OR OTHER RESPONSIVE PLEADING**

Pursuant to Rules 6.1 and 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectively moves for an enlargement of time of 20 days, until October 25, 2007, to file its answer to the complaint or other responsive pleading. The complaint was filed on August 6, 2007, and, pursuant to RCFC 12, the deadline for filing defendant's answer to the complaint or other responsive pleading is today, October 5, 2007.

Defendant's counsel has contacted plaintiff's counsel, Michael Moulis, Esquire, and plaintiff's counsel has authorized defendant's counsel to represent that plaintiff consents to the relief requested in this motion.

This is defendant's first request for an enlargement of time. Prior counsel for the United States, Brian Smith, recently accepted another position and will no longer be working on this matter. The undersigned counsel was assigned this case today, October 5, and will need the period of time requested in this motion for enlargement to become familiar with the file, to coordinate with agency counsel, and to prepare and file an appropriate responsive pleading to plaintiff's complaint.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that the Court grant this unopposed motion and enlarge the deadline for the filing of defendant's answer

to the complaint or other responsive pleading until October 25, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0317
Facsimile: (202) 305-7643

Electronically filed,
October 5, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS ANSWER TO THE COMPLAINT OR OTHER RESPONSIVE PLEADING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Scott D. Austin