# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed October 9, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**REGIONSAIR, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On October 5, 2007, Defendant filed an unopposed motion for an enlargement of time of 20 days, to and including October 25, 2007, in which to file its answer to Plaintiff's complaint or other responsive pleading. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**