IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGIONSAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-594C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6.1 and 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectively moves for an enlargement of time of 30 days, until January 16, 2008, to file the parties' Joint Preliminary Status Report ("JPSR"). The deadline for filing the parties JPSR is today, December 17, 2007.

When defendant's counsel contacted plaintiff's counsel concerning preparation and filing of the JPSR, plaintiff's counsel advised that plaintiff wanted to seek an enlargement of time for filing the JPSR and requested that defendant consent to plaintiff's request for an enlargement of time. Plaintiff's counsel advised that there were certain issues concerning the status of plaintiff that necessitated plaintiff's request for enlargement. Defendant's counsel agreed with plaintiff's counsel that the issues concerning his client that plaintiff's counsel articulated demonstrated good cause for the plaintiff's request for enlargement of time and authorized plaintiff's counsel to represent that defendant would not oppose plaintiff's request for enlargement.

However, defendant's counsel has not yet received any electronic notice that plaintiff's unopposed motion for enlargement of time for filing the JPSR has been filed nor has defendant's counsel received a hard copy of plaintiff's motion for enlargement of time. Since the JPSR is a joint pleading, defendant is filing its own motion for enlargement to ensure that a request for an

enlargement of the deadline for the JPSR has been timely filed with the Court.

Defendant's counsel is aware that, at least as of December 9, 2007, plaintiff's counsel had not yet completed the requisite steps for electronic filing with this Court. Defendant's counsel does not know if that may explain why plaintiff's motion for enlargement of time for filing the JPSR has been filed.

Plaintiff's counsel indicated he would likely seek an extension of at least 30 days. Defendant's counsel accordingly requests the Court to extend the deadline for filing the JPSR by 30 days, or until January 16, 2008.

Because plaintiff's counsel advised defendant's counsel, plaintiff would seek this enlargement of time requested in this motion, defendant's counsel is representing that plaintiff's counsel consents to this motion. This is defendant's first request for an enlargement of time.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that the Court grant this unopposed motion and enlarge the deadline for the filing of the JPSR until January 16, 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0317
Facsimile: (202) 305-7643

Electronically filed,
December 17, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of December, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Scott D. Austin