# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed December 18, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REGIONSAIR, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

---

On December 17, 2007, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including **January 16, 2008**, within which to file the parties' Joint Preliminary Status Report. This motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**