IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGIONSAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-594C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6.1 and 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectively moves for an enlargement of time of 30 days, until February 15, 2008, to file the parties' Joint Preliminary Status Report ("JPSR"). The deadline for filing the parties JPSR is currently January 16, 2008.

When defendant's counsel contacted plaintiff's counsel concerning preparation and filing of the JPSR, plaintiff's counsel advised that plaintiff wanted to seek an enlargement of time for filing the JPSR. Plaintiff's counsel advised, however, that he was not authorized to file an enlargement of time and requested that defendant's counsel do so. Plaintiff's counsel advised that there were certain issues concerning the status of plaintiff that necessitated plaintiff's need for an enlargement of time. Defendant's counsel agreed with plaintiff's counsel that the issues concerning his client that plaintiff's counsel articulated demonstrated good cause for an enlargement of time. Defendant's counsel accordingly agreed that defendant would file an unopposed motion for enlargement of time to file the JPSR.

Plaintiff's counsel and defendant's counsel agreed that, under the circumstances, the most appropriate enlargement of time to seek to file the JPSR is 30 days, or until February 15, 2008.

Plaintiff's counsel has authorized defendant's counsel to represent that plaintiff's counsel consents to this motion. This is defendant's second unopposed request for an enlargement of time for filing the JPSR.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that the Court grant this unopposed motion and enlarge the deadline for the filing of the JPSR until February 15, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0317
Facsimile: (202) 305-7643

Electronically filed,
January 14, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Scott D. Austin