# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed January 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**REGIONSAIR, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

---

On January 14, 2008, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including **February 15, 2008**, within which to file the parties' Joint Preliminary Status Report. This motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**