IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGIONSAIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-594C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE**
**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6.1 and 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectively moves for an enlargement of time of 31 days, until March 17, 2008, to file the parties' Joint Preliminary Status Report ("JPSR"). The deadline for filing the parties JPSR is currently February 15, 2008.

When defendant's counsel attempted to contact plaintiff's counsel concerning preparation and filing of the JPSR, defendant's counsel learned that plaintiff's counsel's telephone line has apparently been disconnected and that plaintiff's counsel no longer has telephone service at the previous listed telephone number. On two prior occasions when defendant's counsel previously contacted plaintiff's counsel concerning preparation and filing of the JPSR, plaintiff's counsel had advised that plaintiff wanted to seek an enlargement of time for filing the JPSR. Plaintiff's counsel further advised, on these two prior occasions, that there were certain issues concerning the status of plaintiff that necessitated plaintiff's need for an enlargement of time. Defendant's counsel agreed with plaintiff's counsel that the issues concerning his client that plaintiff's counsel articulated demonstrated good cause for an enlargement of time. Defendant's counsel accordingly filed, on both of these prior occasions, unopposed motions for enlargement of time to file the JPSR.

Although defendant's counsel has been unable to reach plaintiff's counsel on this occasion, defendant's counsel believes that, under the circumstances, the most appropriate action at this time is to seek an additional enlargement of time to file the JPSR for 31 days, or until March 17, 2008. Should plaintiff be unable to participate in the filing of the JPSR at that time, defendant may ask the Court to consider whether further action, including dismissal for failure to prosecute, is appropriate. Defendant notes that, to the best of its knowledge, notwithstanding this Court's Notice of Designation of August 6, 2007, ordering that this case has been designated as an electronic case in the court's case management/electronic case filing system, plaintiff's counsel is not yet listed as eligible to receive electronic notice of filings in this case.

Because defendant's counsel has been unable to make contact with plaintiff's counsel, defendant's counsel is unable to represent that plaintiff's counsel consents to this motion. This is defendant's third request for an enlargement of time for filing the JPSR; defendant's first two requests for enlargements were unopposed.

WHEREFORE, for the reasons set forth above, defendant respectfully requests that the Court grant this unopposed motion and enlarge the deadline for the filing of the JPSR until March 17, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0317
Facsimile: (202) 305-7643

Electronically filed,
February 15, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of February, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Scott D. Austin by /s/ Brian A. Mizoguchi