# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed: February 19, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **REGIONSAIR, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

---

On February 15, 2008, Defendant filed a motion for an enlargement of time of 31 days, to and including **March 17, 2008**, within which to file the parties' Joint Preliminary Status Report. This motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**