**No. 07-594C**
**(Judge Williams)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**REGIONSAIR Inc.,**

**Plaintiff,**
**v.**

**THE UNITED STATES,**

**Defendant.**

---

**Motion for Extension of Time**

---

,

**MOULIS & ASSOCIATES, LLP**
**FT. LAUDERDALE JET CENTER**
**1050 LEE WAGENER BLVD.**
**SUITE 105**
**FORT LAUDERDALE, FL 33315**
**Telephone: (954) 359-9119**
**Facsimile: (954) 359-9116**

**By:______________________**
**Michael A. Moulis**
**Florida Bar No.: 0186790**

**Electronically Filed**
**April 17, 2008**

Respondent through undersigned representative files this Motion for Extension of Time to Defendant's Motion to Dismiss and states the following:

1. On or about March 27, 2008, Counsel for the US Department of Justice filed a 30 page Motion to Dismiss.

2. Counsel for Plaintiff's response is due on or about April 17, 2008. Counsel for the Plaintiff was ill for approximately the last two weeks.

3. Counsel for the Plaintiff contacted Attorney Scott Austin and Mr. Austin indicated that he would not abject to a 30 days extension of time.

WHEREFORE, the undersigned requests that this court grant a 30 day extension to file it response to Defendant's Motion to Dismiss.

MOULIS & ASSOCIATES, LLP
FT. LAUDERDALE JET CENTER
1050 LEE WAGENER BLVD.
SUITE 105
FORT LAUDERDALE, FL 33315
Telephone: (954) 359-9119
Facsimile: (954) 359-9116

By:______________________
Michael A. Moulis
Florida Bar No.: 0186790

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was sent via certified sent via Electronic Mail April 17, 2008. I understand that the Motion to Continue will be sent by operation of the Court's Electronic filing System

/s/
Michael A. Moulis, Esq.
Florida Bar No. 0186790