# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed: April 18, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**REGIONSAIR, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR AN EXTENSION OF TIME**

---

On April 17, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 30 days within which to respond to Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED.** Plaintiff's response is due on or before **May 19, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**