# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed: June 10, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**REGIONSAIR, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

---

On March 17, Defendant filed a motion to dismiss. On April 17, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 30 days within which to respond to Defendant's motion to dismiss. The Court granted Plaintiff an enlargement of time to respond to Defendant's motion to dismiss, with a deadline of May 19, 2008. Plaintiff, however, has failed to file any response. Accordingly, the Court hereby **ORDERS** Plaintiff to show cause why its complaint should not be dismissed for failure to prosecute no later than July 9, 2008. Failure to show cause will result in dismissal of the case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**