# In the United States Court of Federal Claims

**No. 07-594C**
**(Filed: July 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REGIONSAIR, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER DISMISSING CASE**

---

On March 17, 2008, Defendant filed a motion to dismiss. On April 17, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 30 days within which to respond to Defendant's motion to dismiss. The Court granted Plaintiff an enlargement of time to respond to Defendant's motion to dismiss, with a deadline of May 19, 2008. Plaintiff, however, failed to file a response. On June 10, 2008 the Court issued an order directing Plaintiff to show cause why its complaint should not be dismissed for failure to prosecute. The deadline for responding to the show cause order was July 9, 2008. Plaintiff failed to respond to the show cause order.

Accordingly, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims, the Clerk of the Court is directed to dismiss Plaintiff's complaint for failure to prosecute.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**