# In the United States Court of Federal Claims

**No. 07-594 C**

**REGIONSAIR, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 23, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that the complaint is dismissed for failure to prosecute.

John S. Buckley
Acting Clerk of Court

**July 31, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.